**Exhibit A**

**(Notice of Right to Sue)**

EEOC Form 161 (11/09)

### U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Gilbert S. Carandang<br>78-10 160th Street<br>Fresh Meadows, NY 11366 | From: | New York District Office<br>33 Whitehall Street<br>5th Floor<br>New York, NY 10004 |
|---|---|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) | | |
|---|---|---|---|
| **EEOC Charge No.** | **EEOC Representative** | | **Telephone No.** |
| 520-2012-00559 | **Hernan Morales,**<br>Investigator | | **(212) 336-3782** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

|   | |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [ ] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [X] | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [ ] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other *(briefly state)* |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

*Kevin Berry*                                          6/25/12

**Kevin J. Berry,**                                    *(Date Mailed)*
**District Director**

Enclosures(s)

cc:    **Attn**
**Director of Human Resources**
**FLEX MUSSELS LLC, Robert Shapiro, When It's Chile It's
Hot, Inc., Grand Central Zocalo LLC; PEI Mussel Kitchen
LLC; and Warren Business Services.**
**154 W. 13th Street**
**New York, NY 10011**

Enclosure with EEOC
Form 161 (11/09)

**INFORMATION RELATED TO FILING SUIT
UNDER THE LAWS ENFORCED BY THE EEOC**

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

PRIVATE SUIT RIGHTS    --    **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),
the Genetic Information Nondiscrimination Act (GINA), or the Age
Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within
90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-
day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to
consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell
him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely
manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as
indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate
State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide
after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short
statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter
alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in
the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some
cases can be brought where relevant employment records are kept, where the employment would have been, or
where the respondent has its main office. If you have simple questions, you usually can get answers from the
office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or
make legal strategy decisions for you.

PRIVATE SUIT RIGHTS    --    **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back
pay due for violations that occurred **more than** **2 years (3 years)** before you file suit may not be collectible. For
example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit
before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA
suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above.
Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA
claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

ATTORNEY REPRESENTATION    --    **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction
in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be
made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your
efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above,
because such requests do not relieve you of the requirement to bring suit within 90 days.

ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any
questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to
inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide
your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files
are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge
file, **please make your review request** **within 6 months** of this Notice. (Before filing suit, any request should be
made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**Exhibit B**

**(e-mail from Laura dated June 8, 2011 to CARANDANG)**

Zocalo Zocalo< zocalo10028@gmail.com>

## 13th st and 82nd st
7 messages

Lshapiro1215@gmail.com< lshapiro1215@gmail.com>                Wed, Jun 8, 2011 at 6:12 PM
To: Alexandra Shapiro <alexandrashapiro@gmail.com>, Josaphat Rodriguez <josephatflex@gmail.com>,
Zocalo Zocalo <zocalo10028@gmail.com>, daddy <bobbyshapiro@gmail.com>

These are people whose checks are in need of adjustment with deductions etc.

Juan carlos moreno catorce. Married 6
John carlo romano selgado. Married 7

Check rumaldo gervacio for deductions. Change if too low to married 5
Carlos moreno mejia missing ss number. Get his ID
JEAN CARLO ROMANO SELGADO MISSING SS NUMBER

What are alvaros deductions.? His taxes are high also

No more overtime for pastry!!

82nd st
Jody manor has two checks in one week.  Why??

Femando vasquez. Change deductions to married 5

Sent from my iPadm

Zocalo Zocalo < zocalo10028@gmail.com>                Wed, Jun 8, 2011 at 6:47 PM
To: "Lshapiro1215@gmail.com" <lshapiro1215@gmail.com>
Cc: Alexandra Shapiro <alexandrashapiro@gmail.com>, Josaphat Rodriguez <josephatflex@gmail.com>,
daddy <bobbyshapiro@gmail.com>

These changes will be reflected in the payroll report that will come out this Friday.

Gmail - 13th St    82nd St                                                                Page 2 of 2

**Alexandra Shapiro**< alexandrashapiro@gmail.com>                    Thu, Jun 9, 2011 at 1:07 AM
To: Zocalo Zocalo <zocalo10028@gmail.com>

   Thanks!!


**Robert Shapiro**< bobbyshapiro@gmail.com>                          Thu, Jun 9, 2011 at 8:38 AM
To: Zocalo Zocalo <zocalo10028@gmail.com>
Cc: "Lshapiro1215@gmail.com" <lshapiro1215@gmail.com>, Alexandra Shapiro
<alexandrashapiro@gmail.com>, Josaphat Rodriguez <josephatflex@gmail.com>

   These changes and any more that we find will go back retroactively. This is Gilbert's last payroll and I
   expect that Joe, Alex and Brookes work with Gilbert to input so they learn. In addition, Alex will teach Joe
   and Shosh how to input invoices so they are up and running by Monday. No excuses. None

   Sent from my iPad


**Zocalo Zocalo** < zocalo10028@gmail.com>                            Fri, Jun 10, 2011 at 5:01 PM
To: "Lshapiro1215@gmail.com" <lshapiro1215@gmail.com>
Cc: Alexandra Shapiro <alexandrashapiro@gmail.com>, Josaphat Rodriguez <josephatflex@gmail.com>,
daddy <bobbyshapiro@gmail.com>

   Hi,
   all filing status changes have been effected retroactively (for both uptown and downtown) and will get a
   report showing that.

   Gilbert

   On Wed, Jun 8, 2011 at 6:12 PM,                            <                    > wrote:


**Lshapiro1215@gmail.com**< lshapiro1215@gmail.com>                   Fri, Jun 10, 2011 at 6:58 PM
To: Zocalo Zocalo <zocalo10028@gmail.com>

   How far retro?

   Sent from my iPad


**Zocalo Zocalo**< zocalo10028@gmail.com>                             Fri, Jun 10, 2011 at 7:11 PM
To: "Lshapiro1215@gmail.com" <lshapiro1215@gmail.com>

   For this Quarter, starting April because the first quarter has already been filed with the state and the feds

Exhibit C

(October 18, 2011 e-mail from Richard Feldman)

Richard Garbarini

From:        Richard Feldman [Rfeldman@rfs-law.com]
Sent:        Tuesday, October 18, 2011 4:20 PM
To:          Richard Garbarini
Subject:     RE: Robert Shapiro and Zocalo/Flex Mussels/When Its Chili Its Hot

Rich:

Our client is investigating the allegations that you have raised and we expect to respond to your inquiry shortly. That said, if your client is aware of or is in possession of any records or files that have been requested but not yet produced as part of the ongoing audit, please advise so that they can be provided expeditiously.

Thanks.

Richard

From: Richard Garbarini [mailto:rgarbarini@garbarinilaw.com]
Sent: Thursday, October 13, 2011 5:05 PM
To: Richard Feldman
Subject: Robert Shapiro and Zocalo/Flex Mussels/When Its Chili Its Hot

Richard,

You may recall, we were the attorneys in the Bernitt and Espejo matters against Flex Mussels. You previously defended Mr. Shapiro and the various business in which he is a partner. We have a new matter involving former bookkeeper Gilbert Carandang's wrongful termination. The matter involves allegations of insurance fraud and the instructions by Mr. Shapiro to change time-records. Rather than file a Complaint, I think it would be best if we discuss this matter; it is very messy. Also, I understand Mr. Shapiro would like Mr. Carandang to assist in the current federal and sate audits, which we can discuss.

Richard M. Garbarini, Esq.
Garbarini Law Group P.C.
501 Fifth Avenue
Suite 1708
New York, NY 10017
Office : 212.300.5358
Direct Line : 212.300.3164
Fax : 888.265.7054
www.garbarinilaw.com
certa bonum certamen

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the Garbarini Law Group immediately by telephone at 212.300.5358 and delete this message from your system.

1

CONFIDENTIALITY NOTICE: This e-mail is the exclusive private, confidential, and privileged property of the sender. The information contained in it is intended solely for the use of the sender and the intended recipient. If you are not the intended recipient, you are hereby advised that any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone and then destroy this document and any copies in any form immediately.
NOTE: Although reasonable precautions have been taken to ensure that no viruses are present in this e-mail, Rosenberg Feldman Smith LLP cannot accept responsibility for any loss or damage caused by receiving, reading, and forwarding etc., this e-mail.

## Exhibit D

## (e-mail from Richard Feldman dated October 20, 2011 to Richard Garbarini)

Richard Garbarini

| | |
|---|---|
| From: | Richard Feldman [Rfeldman@rfs-law.com] |
| Sent: | Thursday, October 20, 2011 5:24 PM |
| To: | rgarbarini@garbarinilaw.com |
| Cc: | Stephen Rosenberg |
| Subject: | FW: Robert Shapiro and Zocalo/Flex Mussels/When Its Chili Its Hot |

SUBJECT TO FRE 408, FOR SETTLEMENT PURPOSES ONLY

Rich:

We are still waiting for a response from you as to whether your client has any documents responsive to the audit requests, and if so, when he will provide them. Please urge him to search for and provide them as soon as possible as time is of the essence. Our client is not aware of any of these supposed refusals referred to in your email and specifically denies that this was the reason for the termination of his employment.

Our client has been investigating your client's issuance and signing of checks from our client's business accounts. Checks for significant amounts were made out by him to cash or to himself and our client is reviewing whether these funds were properly deposited into the companies' bank accounts. We will advise you of the results of our client's investigation as soon as they are concluded. If your client has any information concerning this issue, we would of course appreciate his disclosure.

Richard

**From:** Richard Garbarini [mailto:rgarbarini@garbarinilaw.com]
**Sent:** Tuesday, October 18, 2011 7:15 PM
**To:** Richard Feldman
**Cc:** Thomas FitzGerald
**Subject:** RE: Robert Shapiro and Zocalo/Flex Mussels/When Its Chili Its Hot

SUBJECT TO FRE 408, FOR SETTLEMENT PURPOSES ONLY

Rich:

I will call him immediately and ask. I agree, any documents necessary for the audit, if any, will be returned as soon as possible.

There is, however, not much "investigation" needed in this matter. As a matter of law Gilbert is not a 1099 employee, but we don't need to get there, he wasn't paid as an employee. That argument is not even worth pursuing further. Mr. Shapiro is well aware of the circumstances surrounding his refusal to certify false business records to the DOL, the refusal to pay vendor's as part of insurance fraud and the refusal to certify documents were lost in a fire that were not.

Our offer to settle this matter reasonably and amicably for six months severance will remain open until Friday, October 21, 2011 at 3:00pm.

**Richard M. Garbarini, Esq.**
Garbarini Law Group P.C.
501 Fifth Avenue

1

Suite 1708
New York, NY 10017
Office : 212.300.5358
Direct Line : 212.300.3164
Fax : 888.265.7054
www.garbarinilaw.com
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF
THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION
THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE
LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to
deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of
this communication is strictly prohibited. If you have received this communication in error, please notify the
Garbarini Law Group immediately by telephone at 212.300.5358 and delete this message from your system.


-------- Original Message --------
Subject: RE: Robert Shapiro and Zocalo/Flex Mussels/When Its Chili Its
Hot
From: Richard Feldman <Rfeldman@rfs-law.com>.
Date: Tue, October 18, 2011 4:19 pm
To: Richard Garbarini <rgarbarini@garbarinilaw.com>

Rich:

Our client is investigating the allegations that you have raised and we expect to respond to your inquiry
shortly. That said, if your client is aware of or is in possession of any records or files that have been requested
but not yet produced as part of the ongoing audit, please advise so that they can be provided expeditiously.

Thanks.

Richard


From: Richard Garbarini [mailto:rgarbarini@garbarinilaw.com]
Sent: Thursday, October 13, 2011 5:05 PM
To: Richard Feldman
Subject: Robert Shapiro and Zocalo/Flex Mussels/When Its Chili Its Hot

Richard,

You may recall, we were the attorneys in the Bernitt and Espejo matters against
Flex Mussels. You previously defended Mr. Shapiro and the various business in
which he is a partner. We have a new matter involving former bookkeeper
Gilbert Carandang's wrongful termination. The matter involves allegations of
insurance fraud and the instructions by Mr. Shapiro to change time-records..
Rather than file a Complaint, I think it would be best if we discuss this matter; it
is very messy. Also, I understand Mr. Shapiro would like Mr. Carandang to assist
in the current federal and sate audits, which we can discuss.

2

Richard M. Garbarini, Esq.
Garbarini Law Group P.C.
501 Fifth Avenue
Suite 1708
New York, NY 10017
Office : 212.300.5358
Direct Line : 212.300.3164
Fax : 888.265.7054
www.garbarinilaw.com
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the Garbarini Law Group immediately by telephone at 212.300.5358 and delete this message from your system.

CONFIDENTIALITY NOTICE: This e-mail is the exclusive private, confidential, and privileged property of the sender. The information contained in it is intended solely for the use of the sender and the intended recipient. If you are not the intended recipient, you are hereby advised that any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone and then destroy this document and any copies in any form immediately. NOTE: Although reasonable precautions have been taken to ensure that no viruses are present in this e-mail, Rosenberg Feldman Smith LLP cannot accept responsibility for any loss or damage caused by receiving, reading, and forwarding etc., this e-mail.

CONFIDENTIALITY NOTICE: This e-mail is the exclusive private, confidential, and privileged property of the sender. The information contained in it is intended solely for the use of the sender and the intended recipient. If you are not the intended recipient, you are hereby advised that any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone and then destroy this document and any copies in any form immediately. NOTE: Although reasonable precautions have been taken to ensure that no viruses are present in this e-mail, Rosenberg Feldman Smith LLP cannot accept responsibility for any loss or damage caused by receiving, reading, and forwarding etc., this e-mail.

3

**Exhibit E**

**(e-mail from Richard Feldman dated December 8, 2011 to Richard Garbarini)**

## Richard Garbarini

| | |
|---|---|
| **From:** | Richard Feldman [Rfeldman@rfs-law.com] |
| **Sent:** | Thursday, December 08, 2011 12:15 PM |
| **To:** | Richard Garbarini |
| **Cc:** | Stephen Rosenberg |
| **Subject:** | FW: Gabaraini |

Dear Mr. Garbarini:

In response to your most recent emails, our client is conducting an audit to ascertain whether and to what extent unauthorized funds may have been taken by Mr. Carandang and if any blank checks are missing. This has been time consuming since not only were bank statements and cancelled checks missing but the records of the restaurants involved were not properly kept by your client. As you may be aware, we understand that your client was previously convicted of embezzlement by a former employer. Our client is investigating whether he has engaged in similar conduct with respect to it. Once it is determined whether any embezzlement has occurred and what amounts if any were taken, you may be assured appropriate action will be taken. Your repeated threats of criminal and civil action are noted.

In addition, your client was not an employee but an independent contractor.

I will be out of the office for the next two weeks so in my absence, please communicate with my partner, Stephen Rosenberg.

Richard Feldman

CONFIDENTIALITY NOTICE: This e-mail is the exclusive private, confidential, and privileged property of the sender. The information contained in it is intended solely for the use of the sender and the intended recipient. If you are not the intended recipient, you are hereby advised that any unauthorized disclosure, copying, distribution, or the taking of any action in reliance on the contents of this message is strictly prohibited. If you have received this e-mail in error, please notify us immediately by telephone and then destroy this document and any copies in any form immediately. NOTE: Although reasonable precautions have been taken to ensure that no viruses are present in this e-mail, Rosenberg Feldman Smith LLP cannot accept responsibility for any loss or damage caused by receiving, reading, and forwarding etc., this e-mail.

Exhibit F

(copy of the criminal complaint)

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

Page 1 of 2

THE PEOPLE OF THE STATE OF NEW YORK
-against-

1. Gilbert Carandang (M.38)     ECAB #
                                1296004

                                Defendant.

FELONY
ADA APPELBAUM
212-335-4077

Police Officer William Massi, shield 14640 of the 006 Detective Squad, states as follows:

On February 1, 2011, at about 12:00 hours at 154 WEST 13 ST NYC, NY in the County and State of New York, the Defendant committed the offenses of:

1.  PL 155.40(1)    Grand Larceny in the Second Degree
                    (1 count)
2.  PL 190.80(4)    Identity Theft in the First Degree
                    (1 count)
3.  PL 190.80(3)    Identity Theft in the First Degree
                    (1 count)
4.  PL 170.25       Criminal Possession of a Forged Instrument in the Second Degree
                    (1 count)

the defendant stole property valued in excess of 50,000 dollars; the defendant, knowingly and with intent to defraud, assumed the identity of another person by presenting the defendant as that other person, and by acting as that other person and committed the crime of identity theft in the second degree as defined in section 190.79 of this article and has been previously convicted within the last five years of identity theft in the third degree as defined in PL 190.78, identity theft in the second degree as defined in PL 190.79, identity theft in the first degree as defined in PL 190.80, unlawful possession of personal identification information in the third degree as defined in PL 190.81, unlawful possession of personal identification information in the second degree as defined in PL 190.82, unlawful possession of personal identification information in the first degree as defined in PL 190.83, grand larceny in the fourth degree as defined in PL 155.30, grand larceny in the third degree as defined in PL 155.35, grand larceny in the second degree as defined in PL 155.40, and grand larceny in the first degree as defined in PL 155.42; the defendant, knowingly and with intent to defraud, assumed the identity of another person by presenting the defendant as that other person, and by acting as that other person and by using personal identifying information of that other person, and thereby committed

LAS ## 8:1571105722

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

Page 2 of 2

| THE PEOPLE OF THE STATE OF NEW YORK | FELONY |
| -against- | ADA APPELBAUM |
| | 212-335-4077 |
| 1. Gilbert Carandang (M 38)    ECAB #  1296004 | |
| Defendant. | |

and attempted to commit a class D felony and higher level crime and acted as an
accessory in the commission of a class D and higher level felony; and the defendant
uttered and possessed a forged instrument of a kind specified in section 170.10 of the
Penal Law and particularized below with knowledge that the instrument was forged and
with intent to defraud, deceive and injure another.

The offenses were committed under the following circumstances:

Deponent states that he is informed by Laura Shapiro, the owner of three (3)
restaurants all located in New York County, that informant hired defendant as a
bookkeeper in February 2010.

Deponent states that he is further informed by informant that after a review of the
books and records for informant's company, including but not limited to checks drawn on
the company account, that between February 2010 and October 2011, approximately one
hundred and fifty (150) checks drawn on the company account were all made payable to
the defendant.

Deponent is further informed by informant that the amount of said checks was in
excess of $50,000 and that defendant did not have permission or authority to take any of
those funds.

Deponent is further informed by informant that said checks had fraudulent
signatures that purported to be from three of the signatories on the account and which after
examination were not in fact their signatures. Deponent is informed by informant that
defendant did not have permission and authority to use the names and personal
identifying information of the account signatories.

Deponent further states that he has reviewed the defendant's criminal history and
the defendant has been previously convicted on Grand Larceny in the Third Degree
within the last five years.

False statements made herein are punishable as a class A misdemeanor pursuant to
section 210.45 of the penal law.

_____          12/21/11   2325
Deponent                                           Date and Time

ACT 5 Version 4.3.5 Created on 12/21/11 9:54 PM

# Exhibit G

# (chart showing alleged forged checks)

**Carandang et ano. v. Shapiro et al., 12-cv-5634 (PAC)(AJP)**

**Alleged Forged Check Chart**                                      **Exhibit G**

| Bank Check Number | Date | Payor | Amount | Notation |
|---|---|---|---|---|
| 30019 | 2/21/2010 | Grand Central Zocalo, LLC | $ 1,645.00 | Bobby-fake |
| 30044 | 3/2/2010 | Grand Central Zocalo, LLC | $ 800.00 | Bobby-fake |
| 30066 | 3/10/2010 | Grand Central Zocalo, LLC | $ 800.00 | Bobby-fake |
| 30089 | 3/16/2010 | Grand Central Zocalo, LLC | $ 800.00 | Bobby-fake |
| 30117 | 3/26/2010 | Grand Central Zocalo, LLC | $ 800.00 | Bobby-fake |
| 30146 | 4/14/2010 | Grand Central Zocalo, LLC | $ 800.00 | Bobby-fake |
| 30162 | 4/16/2010 | Grand Central Zocalo, LLC | $ 800.00 | Bobby-fake |
| 30176 | 4/27/2010 | Grand Central Zocalo, LLC | $ 800.00 | Bobby-fake |
| 30187 | 4/29/2010 | Grand Central Zocalo, LLC | $ 800.00 | Bobby-fake |
| 30190 | 5/5/2010 | Grand Central Zocalo, LLC | $ 800.00 | Bobby-fake |
| 30218 | 5/14/2010 | Grand Central Zocalo, LLC | $ 800.00 | Bobby-fake |
| 30226 | 5/21/2010 | Grand Central Zocalo, LLC | $ 800.00 | Bobby-fake |
| 30239 | 5/28/2010 | Grand Central Zocalo, LLC | $ 800.00 | Bobby-fake |
| 30244 | 6/3/2010 | Grand Central Zocalo, LLC | $ 800.00 | B - F |
| 30255 | 6/9/2010 | Grand Central Zocalo, LLC | $ 800.00 | B - F |
| 30269 | 6/16/2010 | Grand Central Zocalo, LLC | $ 800.00 | B - F |
| 30278 | 6/23/2010 | Grand Central Zocalo, LLC | $ 800.00 | B - F |
| 30359 | 7/12/2010 | Grand Central Zocalo, LLC | $ 800.00 | B - F |
| 30360 | 7/13/2010 | Grand Central Zocalo, LLC | $ 800.00 | B - F |
| 30361 | 7/19/2010 | Grand Central Zocalo, LLC | $ 800.00 | B - F |
| 30363 | 7/26/2010 | Grand Central Zocalo, LLC | $ 800.00 | B - F |
| 30303 | 7/7/2010 | Grand Central Zocalo, LLC | $ 800.00 | B - F |
| 30291 | 6/30/2010 | Grand Central Zocalo, LLC | $ 800.00 | B - F |
| 30388 | 8/23/2010 | Grand Central Zocalo, LLC | $ 800.00 | B - F |
| 30368 | 8/9/2010 | Grand Central Zocalo, LLC | $ 800.00 | B - F |
| 30499 | 9/24/2010 | Grand Central Zocalo, LLC | $ 800.00 | B - F |
| 30484 | 9/17/2010 | Grand Central Zocalo, LLC | $ 800.00 | B - F |
| 30469 | 9/7/2010 | Grand Central Zocalo, LLC | $ 800.00 | B - F |
| 30475 | 9/10/2010 | Grand Central Zocalo, LLC | $ 800.00 | B - F |
| 30476 | 9/13/2010 | Grand Central Zocalo, LLC | $ 800.00 | B - F |
| 2449 | 10/6/2010 | Grand Central Zocalo, LLC | $ 850.00 | B - F |
| 30508 | 10/4/2010 | Grand Central Zocalo, LLC | $ 800.00 | B - F |
| 30527 | 10/13/2010 | Grand Central Zocalo, LLC | $ 800.00 | B - F |
| 30860 | 3/18/2011 | Grand Central Zocalo, LLC | $ 1,020.95 | Fraud |
| 31714 | 5/20/2011 | Grand Central Zocalo, LLC | $ 165.00 | B - F |
| 31725 | 5/26/2011 | Grand Central Zocalo, LLC | $ 246.00 | B - F |
| 31732 | 5/27/2011 | Grand Central Zocalo, LLC | $ 320.00 | B - F |
| 31739 | 6/2/2011 | Grand Central Zocalo, LLC | $ 321.75 | B - F |
| 2904 | 7/1/2011 | Grand Central Zocalo, LLC | $ 1,000.00 | M - F |
| 2931 | 7/27/2011 | Grand Central Zocalo, LLC | $ 1,000.00 | M - F |
| 71106 | 4/11/2011 | PEI Mussel Kitchen | $ 1,000.00 | B - F |

| Bank Check Number | Date | Payor | Amount | | Notation |
|---|---|---|---|---|---|
| 71177 | 4/18/2011 | PEI Mussel Kitchen | $ | 1,000.00 | B - F |
| 71486 | 5/24/2011 | PEI Mussel Kitchen | $ | 278.30 | B - F |
| 20958 | 6/14/2010 | When It's Chile It's Hot, Inc. | $ | 800.00 | B - F |
| 21010 | 6/28/2010 | When It's Chile It's Hot, Inc. | $ | 800.00 | B - F |
| 21027 | 7/6/2010 | When It's Chile It's Hot, Inc. | $ | 800.00 | A - F |
| 21061 | 7/9/2010 | When It's Chile It's Hot, Inc. | $ | 800.00 | A - F |

| No. of Alleged Forged checks: 46 |
|---|

| TOTAL AMOUNT | $ | 36,847.00 |
|---|---|---|

**Exhibit H**

**(e-mail from ROBERT to CARANDANG dated June 2, 2010)**

Gmail - Shap

Page 1 of 1

Zocalo Zocalo< zocalo10028@gmail.com>

## Shapiro

Robert Shapiro< bobbyshapiro@gmail.com>
To: Zocalo Zocalo <zocalo10028@gmail.com>

Wed, Jun 2, 2010 at 2:47 PM

Hi,

We need to print out a check register so I can explain where these numbers go.

The 42k is not rent expense because 31.5 is for deposit, for example.

# 1001 is for Christine Restaino 4000.00 architectural fees.
#1002 is for Baltz for PR fees for 4500.00

Print a check register and we will go through it.

We need a check for Christine Restaino for 3280 for architectural fees
A check for 1000.00 to Dashmor Kengu, air conditioning.

Thank you,

Bobby

# Exhibit I

## (e-mail from ALEXANDRA dated May 14, 2010 to CARANDANG)

## Re: just asking

From:          alexandrashapiro@gmail.com
To:            Zocalo Zocalo <zocalo10028@gmail.com>
Date:          Fri, 14 May 2010 10:54:30 -0400

Just fake my signature

Sent from my Verizon Wireless BlackBerry

From: Zocalo Zocalo <zocalo10028@gmail.com>
Date: Fri, 14 May 2010 10:52:41 -0400
To: Alex Shapiro<alexandrashapiro@gmail.com>
Subject: just asking

are you around?
Your mom wants me to move $3k to her bank acct and I need a signatory.

Let me know please.  Thanks!

---------- Forwarded message ----------
From: <lauras000@aol.com>
Date: Fri, May 14, 2010 at 5:37 AM
Subject: Laura
To: zocalo10028@gmail.com


Hi Gilbert-Bobby's mom had a stroke and we all went to Florida for a few days.

My cell is 646-554-8000, and Bobby's is 917-482-8900.
Do not hesitate to call us.

Please put $3000.00 in my bank acct today to cover checks I have outstanding.

My acct is 7916284875.

Thanks, and we'll speak later.

Laura

---
Gilbert
tel# 212-717-7772
fax: 212-717-0246
email: zocalo10028@gmail.com

**Exhibit J**

**(May 20, 2010 e-mail from ALEXANDRA to CARANDANG)**

## Re: Check for taxes

| | |
|---|---|
| From: | alexandrashapiro@gmail.com |
| To: | Zocalo Zocalo <zocalo10028@gmail.com> |
| Date: | Thu, 20 May 2010 16:13:03 -0400 |

Forge dads sig. None of us will be there

Sent from my Verizon Wireless BlackBerry

From: Zocalo Zocalo <zocalo10028@gmail.com>
Date: Thu, 20 May 2010 16:07:25 -0400
To: Robert Shapiro<bobbyshapiro@gmail.com>; Laura Shapiro<lauras000@aol.com>; Alex Shapiro<alexandrashapiro@gmail.com>
Subject: Check for taxes

Hi,
need to know who's coming to sign the sales tax report to be filed
and to sign the check payment.
I need to be at the post office before 5pm.



--
Gilbert
tel# 212-717-7772
fax: 212-717-0246
email: zocalo10028@gmail.com

**Exhibit K**

**(e-mails between CARANDANG and ROBERT dated
April 9, 22, 27, and 28, 2010)**

Fed 941/940

From:    Zocalo Zocalo <zocalo10028@gmail.com>

To:      Robert Shapiro <bobbyshapiro@gmail.com>, Laura Shapiro <lauras000@aol.com>

Date:    Fri, 09 Apr 2010 12:59:02 -0400

4/9/2010
GC has $50k available balance while Flex has $24k.
Im about to pay Fed 941/940 $5k now unless you say something otherwise today.

Thanks!

[No Subject]

From:        Robert Shapiro <bobbyshapiro@gmail.com>
To:          Zocalo Zocalo <zocalo10028@gmail.com>
Date:        Thu, 22 Apr 2010 10:42:13 -0400

Paid $30.00 for delivery of the lease and 12.00 for paper... book it

## Re: IRS

| | |
|---|---|
| From: | Robert Shapiro <bobbyshapiro@gmail.com> |
| To: | Zocalo Zocalo <zocalo10028@gmail.com> |
| Date: | Tue, 27 Apr 2010 21:06:32 -0400 |

how much is left?

we should definitely make a payment. Don't forget p/r and amex.

Bobby

On Tue, Apr 27, 2010 at 6:10 PM, Zocalo Zocalo <zocalo10028@gmail.com> wrote:
> If our average daily balance continues to be around $35k again by tomorrow, I am paying another
> $5k for our 941.
> unless you tell me otherwise.
>
> Thanks!
>
> --
> Gilbert
> tel# 212-717-7772
> fax: 212-717-0246
> email: zocalo10028@gmail.com

IRS

From:     Zocalo Zocalo <zocalo10028@gmail.com>
To:       Robert Shapiro <bobbyshapiro@gmail.com>
Cc:       Laura Shapiro <lauras000@aol.com>, Alex Shapiro <alexandrashapiro@gmail.com>
Date:     Wed, 28 Apr 2010 11:38:13 -0400

I sent you the email below long time ago.
after this april 16 email, I paid another $5,134.60 on 4/21/2010
I paid today another $5,134.60 leaving us with less than $3k in liability.

I paid another $1k for our NYS sales tax liab.


---------- Forwarded message ----------
From: Zocalo Zocalo <zocalo10028@gmail.com>
Date: Fri, Apr 16, 2010 at 12:29 PM
Subject: Issues
To: Robert Shapiro <bobbyshapiro@gmail.com>, Laura Shapiro <lauras000@aol.com>


Hi Bobby/ Laura,

Here's an update on the following issues:

----------------------

Today we need to pay the 5k to the feds (for Flex) and we should be on our way.  (as per Bobby)
$2,000    the only payment I can confirm that was paid before I came to Flex
$5,000    payment we made on Feb 25, 2010 through compupay but there's a caveat on that - please see below email
from Compupay
$5,000    wire transfer made at the bank by Laura
$5,000    first EFTPS online payment I made on 4/12 - money came from GC
$5,000    second EFTPS online payment I made on 4/14 - money came from GC again
----------
$27,000    total made so far for our Form 941/940 2Q 2009.  Out of the $40k that we owe, we need to pay $13k more.

# Exhibit L

# (e-mail from CARANDANG to ROBERT dated August 31, 2010)

Re: Original Quote and Statement of Work

From:        Zocalo Zocalo <zocalo10028@gmail.com>
To:          bobbyshapiro@gmail.com
Date:        Tue, 31 Aug 2010 14:33:45 -0400

what??? I wouldn't buy anything without your authorization.

On Tue, Aug 31, 2010 at 2:03 PM, bobbyshapiro@gmail.com <bobbyshapiro@gmail.com> wrote:
  Did we buy?

  Se
  nt from my Verizon Wireless Phone

  ----- Reply message -----
  From: "Zocalo Zocalo" <zocalo10028@gmail.com>
  Date: Tue, Aug 31, 2010 1:40 pm

  Subject: Original Quote and Statement of Work
  To: "Robert Shapiro" <bobbyshapiro@gmail.com>


  ---------- Forwarded message ----------
  From: Sordoni Lorenzo <LSordoni@pcconnection.com>
  Date: Tue, Aug 31, 2010 at 1:19 PM
  Subject: Original Quote and Statement of Work
  To: Zocalo Zocalo <zocalo10028@gmail.com>


  Gilbert,


  I have attached the original quote and install paperwork to this e-mail.


  Sandra has informed me that this will still allow you to dial out to the
  other locations and transfer the call and have the voicemail feature.


  She is checking to see the future flexibility in expanding to the features
  Paul had discussed on his quote.


  Lorenzo

\* \*

\* \*

\* \*

\*Lorenzo J. Sordoni III\*

Account Manager

Health Connection Certified
\*PC Connection\*
\*IT Solutions for Business\*
lsordoni@pcconnection.com
Phone:  800-800-0014  x76164
www.pcconnection.com

--
Gilbert
tel# 212-229-9499
fax: 917-591-6839 / 212-229-9199/ 212-717-0246
email: zocalo10028@gmail.com

--
Gilbert
tel# 212-229-9499
fax: 917-591-6839 / 212-229-9199/ 212-717-0246
email: zocalo10028@gmail.com

**Exhibit M**

**(signed receipts for the cash to Ira Garr)**

4|17-203-9948 . cell
2|12-752-1333 - offic



MARCH 10, 2010

Bean Persaud

RECEIVED FIVE HUNDRED CASH

17 MARCH 2010

RECEIVED FIVE HUNDRED CASH

Jean f anesh Pierquet

SEAN Paul Jr.

25 MARCH 2010

RECEIVED FIVE HUNDRED CASH

Seanfanesh Persaud

30. MARCH 2010

RECEIVED FIVE HUNDRED CASH

Beanf anesh Persaud

SEAN Paul Ju

6 APRIL 2010

RECEIVED FIVE HUNDRED CASH

Sianfanesh Persaud

16 APRIL 2010

RECEIVED FIVE HUNDRED CASH

Scanf anesh Per squad

APRIL 22, 2010

RECEIVED ONE THOUSAND CASH

April 29, 2010

This document certified that Mr. _Sean Persaud_ have

receive $500 dollars in cash as representative of Mr. Ira Garr

MAY. 14, 2010

RECEIVED FIVE HUNDRED CASH

Seanganesh Persaud

May 21, 2010

This document certified that Mr. _Sean Peisoud_ have

receive $500 dollars in cash as representative of Mr. Ira Gerr

June 1, 2010

This document certified that Mr. _Sean Persaud_ have receive $500 dollars in cash as representative of Mr. Ira Gerr

June 7, 2010

This document certified that Mr. *Blanfelt* have receive $500 dollars in cash as representative of Mr. Ira Garr

June 14, 2010

This document certified that Mr. _____ have

receive $500 dollars in cash as representative of Mr. Ira Garr

June 25, 2010

This document certified that Mr. ~~_____ B _____~~

receive $500 dollars in cash as representative of Mr. Ira Garr

July 2, 2010

This document certified that Mr. _[signature]_ have

receive $500 dollars in cash as representative of Mr. Ira Garr

_[signature]_

July 8, 2010

This document certified that Mr. _____ have

receive $500 dollars in cash as representative of Mr. Ira Garr

July 15, 2010

This document certified that Mr. ~~Garr Ira J~~ have

receive $500 dollars in cash as representative of Mr. Ira Garr

*Sean Petersand*

JULY 29, 2010

RECEIVED FIVE HUNDRED CASH

AUGUST 6, 2010

RECEIVED FIVE HUNDRED ($500) CASH

Sean Ganesh Persaud

AUGUST 12, 2010

RECEIVED FIVE HUNDRED CASH

SEAN

AUGUST 20, 2010

RECEIVED FIVE HUNDRED CASH

Seanganesh Persaud

SEAN Persaud JR

AUGUST 27, 2010

RECEIVED FIVE HUNDRED, CASH

*[signature]*

SEPTEMBER 3, 2010.

RECEIVED FIVE HUNDRED CASH

SEPTEMBER 8, 2010

RECEIVED FIVE HUNDRED CASH

SEAN

SEPTEMBER 15, 2010

RECEIVED  FIVE HUNDRED  CASH

Sean Post

September 20, 2010

Received five hundred dollars cash.

Ganesh Persaud

SEPTEMBER 23, 2010

RECEIVED
FIVE HUNDRED CASH

September 27, 2010

Received five hundred dollars cash.    Ganesh Persaud

Ganesh Persaud Jr

SEPTEMBER 30, 2010
RECEIVED FIVE HUNDRED CASH

OCTOBER 4, 2010.

RECEIVED FIVE HUNDRED CASH

October 13, 2010

RECEIVED FIVE HUNDRED DOLLARS CASH

SIGNATURE     *Sean Persaud,*
              *from Ira E. Garr*

PRINTED NAME     *Genil feel Tr*

OCTOBER 21, 2010
"RECEIVED" FIVE HUNDRED CASH

Sean Paul

27 OCTOBER 2010

RECEIVED FIVE HUNDRED DOLLARS CASH

Bean Persaud

NOVEMBER 16, 2010

RECEIVED FIVE HUNDRED CASH

SEAN P. J.

NOVEMBER 23, 2010

RECEIVED FIVE HUNDRED CASH

Sean Persaud                              11/26/10

RECEIVED  FIVE  HUNDRED


SEAN

DECEMBER 9, 2010

RECEIVED FIVE HUNDRED CASH

SEAN Penolt

Sean Issua                    17=3/10

RECEIVED FIVE HUNDRED
CASH

DECEMBER 29, 2010

RECEIVED. FIVE HUNDRED CASH.

Sean Ganesh Persaud

SEAN Persaud

6 JANUARY 2011

RECEIVED FIVE HUNDRED CASH

JANUARY 13, 2011

RECEIVED FIVE HUNDRED CASH

Sean Pelican

JANUARY 18, 2011

RECEIVED ONE THOUSAND CASH

1/21/2011

RECEIVED FIVE HUNDRED CASH

Deang-nesh Pcf saud

1/28  Sean Persaud

RECEIVED  FIVE HUNDRED CASH

FEBRUARY 25, 2011

RECEIVED ONE THOUSAND CASH

MARCH 11, 2011

RECEIVED ONE THOUSAND CASH

APRIL 11, 2011

RECEIVED FIVE HUNDRED CASH

# Exhibit N

# (June 23, 2010 e-mail from LAURA)

Gmail - (no subject)

    Zocalo Zocalo <zocalo10028@gmail.com>

# (no subject)
1 message

lauras000@aol.com <lauras000@aol.com>                          Wed, Jun 23, 2010 at 9:56 AM
To: zocalo10028@gmail.com

$1000.00 paid out of Flex on 6/29 for citibank card.  Owe $7000 and want to pay it off.
$300 out today for card on which I owe 9000.00

I'm trying, Gilbert!!!

SHHHHHHH!!

# Exhibit O

## (e-mail dated June 30, 2010 from ALEXANDRA to CARANDANG)

## [No Subject]

From:      Alex Shapiro <alexandrashapiro@gmail.com>

To:        Zocalo Zocalo <zocalo10028@gmail.com>

Date:      Wed, 30 Jun 2010 23:29:00 -0400

hi gilbert

please transfer 1000 from flex into my account #7915981364

its for my rent@!!!

also... direct deposit??

# Exhibit P

# (e-mail dated August 30, 2010 from LAURA to CARANDANG)

## Re: deposit

| | |
|---|---|
| From: | lauras000@aol.com |
| To: | zocalo10028@gmail.com |
| Date: | Mon, 30 Aug 2010 10:27:05 -0400 |

Thanks, my friend!


-----Original Message-----
From: Zocalo Zocalo <zocalo10028@gmail.com>
To: Laura Shapiro <lauras000@aol.com>
Sent: Mon, Aug 30, 2010 10:19 am
Subject: deposit

$3k was deposited to your account this morning.

--
Gilbert
tel# 212-229-9499
fax: 917-591-6839 / 212-229-9199/ 212-717-0246
email: zocalo10028@gmail.com

# Exhibit Q

# (e-mail from LAURA to CARANDANG dated March 24, 2011)

Gmail - Mone


by Google

Zocalo Zocalo< zocalo10028@gmail.com>

## Money
2 messages

**Laura Shapiro** < lauras000@aol.com>
To: Zocalo Zocalo <zocalo10028@gmail.com>

Thu, Mar 24, 2011 at 9:47 AM

Hi Gilbert,
Please transfer $2500 into my acct in pei from grand central. Td has template.

Also, need money in acct here please.
Thanks

Laura

Sent from my iPad

**Zocalo Zocalo**< zocalo10028@gmail.com>
To: Marco Andrade <marco11369@yahoo.com>

Thu, Mar 24, 2011 at 9:54 AM

––––––– Forwarded message –––––––
From: **Laura Shapiro** <lauras000@aol.com>
Date: Thu, Mar 24, 2011 at 9:47 AM
Subject: Money
To: Zocalo Zocalo zocalo10028@gmail.com

Please transfer $2500 into my acct in pei from grand central. Td has template.
Thanks

Laura

Sent from my iPad

--
Gilbert
tel# 212-229-9499 (Mondays to Fridays, 2pm to 4pm only)
fax: 917-591-6839
email: zocalo10028@gmail.com
Flex Mussels at East 82nd Street
Grand Central Zocalo
Flex Mussels at West 13th Street

# Exhibit R

## (e-mail from Josaphat Rodriguez, Manager of Flex Uptown dated February 9, 2011)



Zocalo Zocalo <zocalo10028@gmail.com>

# Luis Iglesis

1 message

**Josaphat Rodriguez <josephatflex@gmail.com>**                    Wed, Feb 9, 2011 at 3:57 PM
To: Zocalo Zocalo <zocalo10028@gmail.com>

He has two Checks that bounced, I have them here both. I'm going to cashed them on my name and give him the cash. I'll send you the amount latter

**Exhibit S**

**(e-mail from ALEXANDRA dated November 5, 2010)**

Gmail - (no subject)                                                    https://mail.google.com/mail/?ui=2&ik=49922407cd&view=pt&q=a



Zocalo Zocalo <zocalo10028@gmail.com>

## (no subject)

Alex Shapiro <alexandrashapiro@gmail.com>                          Fri, Nov 5, 2010 at 5:05 PM
To: Zocalo Zocalo <zocalo10028@gmail.com>

hiiii do you have the addresses for rafael the dude suing us and for ricky the line cook uptown?

Im gonna call Immigration mooohahahahahahahahahahahah

1 of 1                                                                  2/13/2012 5:36 PI

**Exhibit T**

**(e-mail from LAURA dated May 7, 2010)**

## Flex Mussels

From:    lauras000@aol.com
To:      shelley_black@intuit.com, bobbyshapiro@gmail.com, bobbyshapiro@gmail.com, zocalo10028@gmail.com
Date:    Fri, 07 May 2010 10:29:58 -0400

We will just dispute any charges.  You are making this way too difficult.  If necessary, I will also file a complaint against your company.  Ever heard of customer service? Better Business Bureau?
It is incumbent upon you to show US why you are charging us.  It is not our job to prove that you are entitled.  I've never before seen anything like this.
I have a family of attorneys, and if necessary will call in a favor.
Therefore, I suggest you show us your signed documents.

CAR -02587

**Exhibit U**

**(e-mails between LAURA and Appelbaum dated December 21 and 22, 2011)**

Print  |  Close Window

Subject: Fwd: Gilbert Carandang
From: "Lshapiro1215@gmail.com" <lshapiro1215@gmail.com>
Date: Thu, Dec 22, 2011 12:02 pm
To: angela@flexmussels.com

Sent from my iPad

Begin forwarded message:

From: "Appelbaum, Sharon" <AppelbaumS@dany.nyc.gov>
Date: December 22, 2011 11:15:46 AM EST
To: "Lshapiro1215@gmail.com" <lshapiro1215@gmail.com>
Subject: RE: Gilbert Carandang

Laura,

I was just leaving you a voicemail to tell you Tuesday worked best for everyone else too. So that is great. You and your daughter and husband, if he would like, will be coming to 80 Centre Street, NY, NY 10013, 7th Floor – you will be coming to see me and I only ask that you all be here by 9:00am. We will chat in my office and I will prepare all of you for what we will be doing that morning. It is a very low stress process.

Now, I saw the spreadsheet you had prepared for PO Massi. I was hoping that you could create a few more columns on that since this is basically what you will be explaining to the Grand Jury.

1)   column about who the signature is supposed to be and whether it is a fake signature or not, another column that tells us how many checks (just an easy number system 1- whatever.

2)   also if you prepare the documentation about Mr. Carandang's employment offer etc.... I would greatly appreciate that as well.

Thank you for your time. Please contact me with any questions or concerns.

Sincerely,

Sharon Appelbaum

Assistant District Attorney

New York County District Attorney's Office

80 Centre Street, New York NY 10013

Tel: 212-335-4077

Fax: 212-335-4168

Email: appelbaums@dany.nyc.gov

0007586

Web-Based Email :: Print                                    http://email09.secureserver.net/view_print_multi.php?uidArray=452[...

**From:** Lshapiro1215@gmail.com [mailto:lshapiro1215@gmail.com]
**Sent:** Thursday, December 22, 2011 10:58 AM
**To:** Appelbaum, Sharon
**Subject:** Re: Gilbert Carandang

Hi Sharon,

Just wanted to let you know that I realized both my daughter and I have to work downtown tomorrow since most of our staff went home for the holidays. If we can go before the Grand Jury on Tuesday, it would be greatly appreciated.

We will do our best to cooperate in any way possible.

Also, did you know Gilbert tried to give the Unemployment Bureau fake check stubs with amounts he never earned. I have already sent to Albany for the paperwork. If you need any more info, I have the contact name at unemployment.

Thanks,

Laura

On Dec 21, 2011, at 9:59 PM, "Appelbaum, Sharon" <AppelbaumS@dany.nyc.gov> wrote:

Dear Laura,

I am the Assistant District Attorney in charge of the case against Gilbert Carandang. I am glad we were able to briefly speak on the phone about the case. It is important for the prosecution of the case, for you and your family to sort through the checks and note which ones had the forged signatures and whose signatures were forged.... I will be in touch tomorrow to speak about with you about timing and Grand Jury testimony.

Thank you for your time. Please contact me with any questions or concerns.

Sincerely,

Sharon Appelbaum

Assistant District Attorney

New York County District Attorney's Office

80 Centre Street, New York NY 10013

Tel: 212-335-4077

12/22/2011 2:14 PM

0007587

Fax: 212-335-4168

Email: appelbaums@dany.nyc.gov

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email communication and any files transmitted with it contain privileged and confidential information
from the New York County District Attorney's Office and are intended solely for the use of the individuals or
entity to whom it has been addressed. If you are not the intended recipient, you are hereby notified that
any dissemination or copying of this email is strictly prohibited. If you have received this email in error,
please delete it and notify the sender by return email.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This email communication and any files transmitted with it contain privileged and confidential information from the New
York County District Attorney's Office and are intended solely for the use of the individuals or entity to whom it has been
addressed. If you are not the intended recipient, you are hereby notified that any dissemination or copying of this email is
strictly prohibited. If you have received this email in error, please delete it and notify the sender by return email.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Copyright © 2003-2011. All rights reserved.

0007588